17269. BEAVER *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence. There was an acute conflict between the evidence for the State and the evidence for the accused, but the jury, as they had a right to do, evidently believed the witnesses for the State and discredited the testimony of the witnesses for the defense. The grounds of the amendment to the motion for a new trial show no cause for a reversal of the judgment below overruling the motion.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 12, 1926.

Conviction of driving automobile unlawfully; from Catoosa superior court—Judge Tarver. February 20, 1926.

*Joseph M. Lang,* for plaintiff in error.

*C. C. Pittman, solicitor-general,* contra.

---

Criminal Law, 16 C. J. p. 930, n. 93; 17 C. J. p. 271, n. 41.

---

17270. HATCHER, *alias* MIDDLEBROOKS, *v.* THE STATE.

LUKE, J. The defendant was indicted for the offense of murder and was convicted of voluntary manslaughter. The evidence amply authorized the conviction, and the several assignments of error upon the charge of the court are, when the charge is read in its entirety, wholly without merit. The defendant has had a legal trial, and his motion for a new trial was properly overruled.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MAY 12, 1926.

Conviction of manslaughter; from Bibb superior court—Judge Mathews. March 6, 1926.

*T. A. Wallace, Wallace & Wallace,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.

---

Criminal Law, 16 C. J. p. 1049, n. 82; p. 1050, n. 84; 17 C. J. p. 271, n. 41.